## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ERIC ROBINSON,

    Plaintiff,

  v.

CYCLERION THERAPEUTICS, INC.,
ERROL DE SOUZA, PETER HECHT,
STEVEN HYMAN, OLE ISACSON, and
TERRANCE MCGUIRE,

    Defendants.

Case No. 1:23-cv-05763-JGLC

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Robinson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 18, 2023

Respectfully Submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

OF COUNSEL:

*Attorneys for Plaintiff*

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@LongLawDE.com